**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**STEUBEN FOODS, INC.,**

             *Plaintiff,*

   v.

**OYSTAR GROUP ET AL.**

        *Defendants.*

1:10-cv-00780-EAW-JJM
1:10-cv-00781-EAW-JJM
1:12-cv-00904-EAW-JJM
1:13-cv-00892-EAW-JJM
1:13-cv-01118-EAW-JJM

---

### SIXTH AMENDED CASE MANAGEMENT ORDER

With good cause shown, the parties' joint motion ([248] in 10-cv-0078, identical

motions filed in other actions) to amend the deadlines of the Fifth Amended Case Management

Order is granted. The Fifth Amended Case Management Order is amended as follows:

| Event | Date |
|---|---|
| Exchange of Proposed Constructions | October 7, 2016 |
| Deadline for Second Mediation in All Cases | October 28, 2016 |
| Joint Claim Construction Statement | November 21, 2016 |
| Patentee: Opening *Markman* Submissions | February 3, 2017 |
| Accused Infringers: Responding *Markman* Submissions | March 6, 2017 |
| Patentee: Reply *Markman* Brief | May 5, 2017 |
| Accused Infringers: Surreply *Markman* Brief | June 30, 2017 |
| Completion of Claim Construction Discovery | July 14, 2017 |
| Technology Tutorial | Based on Court's Schedule |
| Claim Construction Hearing | Based on Court's Schedule |

**SO ORDERED:**

Dated:  March 14, 2017

JEREMIAH J. MCCARTHY
United States Magistrate Judge