# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STEUBEN FOODS, INC.,** | 1:10-cv-00780-EAW-JJM |
| *Plaintiff*, | 1:10-cv-00781-EAW-JJM |
| | 1:12-cv-00904-EAW-JJM |
| v. | 1:13-cv-00892-EAW-JJM |
| | 1:13-cv-01118-EAW-JJM |
| **OYSTAR GROUP ET AL.,** | **Oral Argument:** |
| *Defendants*. | **February 26, 2019** |
| | **10:00AM** |

## STEUBEN FOODS, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY

Appended hereto is the Federal Circuit's recent decision in *CenTrak, Inc. v. Sonitor Technologies, Inc.*, No. 17-2510, ___ F.3d ___, 2019 WL 612573 (Fed. Cir. Feb. 14, 2019), which Steuben brings to the Court's and parties' attention in advance of the February 26, 2019, oral argument on Steuben's Objections [Dkt. 548 in 12-904] to the October 1, 2018, Report and Recommendation [Dkt. 536 in 12-904].

**DATED:** February 19, 2019

Respectfully submitted,

    */s/* Joseph L. Stanganelli
Joseph L. Stanganelli
**BARCLAY DAMON LLP**
One Financial Center, Suite 1701
Boston, MA  02111
Telephone:  (617) 274-2900
jstanganelli@barclaydamon.com

Cook Alciati
**GARDELLA GRACE P.A.**
80 M Street SE, 1ST Floor
Washington, DC  20003
Telephone:  (703) 721-8379
calciati@gardellagrace.com

*Attorneys for Plaintiff Steuben Foods, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 19, 2019, I caused the foregoing document to be served electronically on Defendants' counsel of record.

                                              */s/ Joseph L. Stanganelli*
                                              Joseph L. Stanganelli