**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**STEUBEN FOODS, INC.,**

                *Plaintiff*,

    v.

**OYSTAR GROUP, ET AL.,**

                *Defendants*.

---

1:10-cv-00780-EAW-JJM
1:10-cv-00781-EAW-JJM
1:12-cv-00904-EAW-JJM
1:13-cv-00892-EAW-JJM
1:13-cv-01188-EAW-JJM

**PLAINTIFF STEUBEN FOODS, INC.'S**
**FEBRUARY 26, 2019 HEARING TRANSCRIPT ERRATA**

| Page and line number | Now Reads | Should Read |
|---|---|---|
| Page 4, lines 6-7 | "Charles Vigliano, and Sidar Fernandes" | "Charles Avigliano, and Siddharth Fernandes" |
| Page 12, line 1 | "… is has already been approved." | "… it has already been approved." |
| Page 14, line 15 | "The construction reduction to …." | "The constructive reduction to …." |
| Page 15, line 11 | "… from the concerning testing …." | "… from the testimony concerning testing .…" |
| Page 21, line 14 | "… reduction to practice to settlement," | "… reduction to practice is settled." |
| Page 22, line 5 | "*Berles Welcome*" | "*Burroughs Wellcome*" |
| Page 29, line 15 | "… but not from the FDA regulation .…" | "… but not from the FDA regulations .…" |
| Page 87, line 22 | "… requires, or I respectfully submit you can …." | "… requires, or I respectfully submit you can't…." |
| Page 88, line 3 | "… pool requirement …." | "… approval requirement …." |
| Page 88, line 22 | "That is the pressuring point here." | "That is the prescient point here." |
| Page 90, line 18 | "… intended to promote regulation …." | "… intended to promote innovation …." |

Respectfully submitted,

Dated:  May 28, 2019                              BARCLAY DAMON, LLP

/s/ Joseph L. Stanganelli
Joseph L. Stanganelli (admitted *pro hac vice*)
One Financial Center, Suite 1701
Boston, MA  02111
Telephone:  (617) 274-2900
jstanganelli@barclaydamon.com

2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604
Telephone:  (585) 295-4400

GARDELLA GRACE P.A.
W. Cook Alciati
80 M Street SE, 1st Floor
Washington, DC  20003
Telephone:  (703) 556-9600
calciati@gardellagrace.com

*Attorneys for Plaintiff Steuben Foods, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2019, I caused the foregoing document to be served electronically on Defendants' counsel of record by filing it with the Court's ECF system.

/s/ Joseph L. Stanganelli
Joseph L. Stanganelli